AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | | |
|---|---|---|
| Vem Miller | ) | |
| *Plaintiff(s)* | ) ) ) ) ) | |
| v. | ) ) | Civil Action No. 5:25-cv-00629 |
| Chad Bianco, see attached face page of the complaint | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Riverside County Sheriff's Office
c/o Riverside County Sheriff-Coroner
4095 Lemon Street
Riverside, CA 92501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ethan Bearman, Esq.
The Bearman Firm, Inc.
9460 Wilshire Blvd, Suite 830
Beverly Hills, CA 90212

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 5:25-cv-00629

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

1  ETHAN BEARMAN (CA SBN 327490)
   ethan@thebearmanfirm.com
2  THE BEARMAN FIRM, INC.
   9460 Wilshire Blvd, Suite 830
3  Beverly Hills, CA 90212
   Phone: (747)232-7626
4
   Attorney for Plaintiff
5  VEM MILLER

6

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| VEM MILLER,<br><br>Plaintiff,<br><br>vs.<br><br>CHAD BIANCO, in his individual and official capacities; COUNTY OF RIVERSIDE, a municipal entity; RIVERSIDE COUNTY SHERIFF'S DEPARTMENT; DAVID CORONADO; and DOES 1 through 100,<br><br>Defendants. | CASE NO.: 5:25-cv-00629<br><br>**COMPLAINT FOR:**<br><br>1. 42 U.S.C. § 1983 - FIRST AMENDMENT VIOLATIONS;<br><br>2. 42 U.S.C. § 1983 - FOURTH AMENDMENT VIOLATION;<br><br>3. 42 U.S.C. § 1983 - MUNICIPAL LIABILITY - FAILURE TO TRAIN;<br><br>4. 42 U.S.C. § 1983 - MUNICIPAL LIABILITY – RATIFICATION;<br><br>5. 42 U.S.C. § 1983 - FAILURE TO INTERVENE;<br><br>6. TOM BANE CIVIL RIGHTS ACT - CAL. CIV. CODE § 52.1;<br><br>7. SLANDER PER SE;<br><br>8. LIBEL PER SE;<br><br>9. FALSE LIGHT;<br><br>10. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS.<br><br>**DEMAND FOR JURY TRIAL** |

COMPLAINT