Eugene P. Ramirez (State Bar No. 134865)
   *eugene.ramirez@manningkass.com*
Anthony J. Ellrod (State Bar No. 136574)
   *anthony.ellrod@manningkass.com*
Yury A. Kolesnikov (State Bar No. 271173)
   *yury.kolesnikov@manningkass.com*
Kayleigh Andersen (State Bar No. 306442)
   *kayleigh.andersen@manningkass.com*
Natalya D. Vasyuk (State Bar No. 307419)
   *natalya.vasyuk@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

*Attorneys for Defendants Chad Bianco and County of Riverside*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| VEM MILLER, | Case No.: 5:25-cv-00629 KK (DTB) |
|---|---|
| Plaintiff, | **Declaration of Yury A. Kolesnikov in Support of Defendants' Motion to Dismiss and Special Motion to Strike Plaintiff's First Amended Complaint** |
| v. | |
| CHAD BIANCO, in his individual and official capacities; COUNTY OF RIVERSIDE, a municipal entity; and DOES 1 through 100, | Judge: Hon. Kenly Kiya Kato<br>Courtroom: 3<br>Date: July 31, 2025<br>Time: 9:30 a.m. |
| Defendants. | Complaint Filed: March 10, 2025<br>Trial Date: Not Yet Set |

Declaration of Yury A. Kolesnikov in Support of
Defendants' Motion to Dismiss and Anti-SLAPP Motion re: Plaintiff's First Amended Complaint

I, Yury A. Kolesnikov, declare as follows:

1. I am an attorney with Manning & Kass, Ellrod, Ramirez, Trester LLP, counsel for Defendants Chad Bianco and County of Riverside in this action. I submit this declaration in support of Defendants' motion to dismiss and anti-SLAPP motion to strike Plaintiff's first amended complaint.

2. The facts set forth in this declaration are based on my personal knowledge and documents maintained by Manning & Kass in the ordinary course of business. These facts and events are true, or believed by me to be true, and I would testify competently to them if called upon to do so.

3. Defendants' motion is made following two telephonic conferences of counsel pursuant to Civil L.R. 7-3, which took place on April 30, 2025, and June 4, 2025. Eugene P. Ramirez and I participated on behalf of Defendants and Ethan Bearman participated on behalf of Plaintiff. The first conference lasted one hour and the second conference lasted 30 minutes. During both conferences, the parties engaged in thorough discussion of their respective positions and legal arguments with regard to each cause of action and Defendants' anticipated motions. Following the first conference, Plaintiff's counsel agreed to file an amended complaint. The parties discussed Plaintiff's first amended complaint on June 4, 2025, including all of the factual and legal grounds for Defendants' forthcoming motion to dismiss and anti-SLAPP motion to strike. Despite their good-faith efforts, the parties were unable to reach any further agreement, thus necessitating the filing of the present motion.

4. Attached as **Exhibit 1** is a true and correct copy of the misdemeanor complaint filed in *People v. Vem Miller*, Case No. INM2407181 (Cal. Super. Ct., Cnty. of Riverside), on December 18, 2024.

5. Attached as **Exhibit 2** is a true and correct copy of the case report for *People v. Vem Miller*, Case No. INM2407181 (Cal. Super. Ct., Cnty. of Riverside), obtained from the Riverside Superior Court website at https://epublic-access.riverside.courts.ca.gov/public-portal, on June 11, 2025.

2

Declaration of Yury A. Kolesnikov in Support of
Defendants' Motion to Dismiss and Anti-SLAPP Motion re: Plaintiff's First Amended Complaint

6. Attached as **Exhibit 3** is a true and correct copy of the case docket for *People v. Vem Miller*, Case No. INM2407181 (Cal. Super. Ct., Cnty. of Riverside), obtained from the Riverside Superior Court website at https://epublic-access.riverside.courts.ca.gov/public-portal, on June 11, 2025.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 11, 2025, in San Diego, California.

          /s/ Yury A. Kolesnikov
          Yury A. Kolesnikov

Declaration of Yury A. Kolesnikov in Support of
Defendants' Motion to Dismiss and Anti-SLAPP Motion re: Plaintiff's First Amended Complaint

# Exhibit 1

| | |
|---|---|
| **CASH BOND** | AGENCY#: C242860022 / RSDC |
| RECOMMENDED | |
| DEF#1 $5,000.00 | **FILED** |
| DEF#1 Cite Release: 01/02/2025 | Superior Court of California |
| | County of Riverside |
| MICHAEL A. HESTRIN | **12/18/2024** |
| DISTRICT ATTORNEY | CLAUDIA R CARRANZA |

SUPERIOR COURT OF CALIFORNIA

COUNTY OF RIVERSIDE

**INM2407181**

(Indio)

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, | CASE NO. |
| | MISDEMEANOR COMPLAINT |
| Plaintiff, | |
| | **Misdemeanor DEJ:** |
| v. | DEF#1 Eligible___ Not Eligible  X  |
| VEM MILLER | |
| DOB: 10/26/1974 | |
| | |
| Defendant. | |

COUNT 1

The undersigned, under penalty of perjury upon information and belief, declares: That the above named defendant(s) VEM MILLER committed a violation of Penal Code section 25850, subdivision (c)(7), a misdemeanor, in that on or about October 12, 2024, in the County of Riverside, State of California, the defendant(s) did willfully and unlawfully carry a loaded firearm on the person and in a vehicle while in a public place and on a public street in an incorporated city and in a prohibited area of unincorporated territory. [1yr.]

COUNT 2

That the above named defendant(s) VEM MILLER committed a violation of Vehicle Code section 4000, subdivision (a)(1), an infraction, in that on or about October 12, 2024, in the County of Riverside, State of California, the defendant(s) did willfully, unlawfully and knowingly drive a motor vehicle upon a highway, said motor vehicle not being registered as required by this code.

MARSY'S LAW

Information contained in the reports being distributed as discovery in this case may contain confidential information protected by Marsy's Law and the amendments to the California Constitution, Article 1, Section 28. Any victim(s) in any above referenced charge(s) is entitled to be free from intimidation, harassment, and abuse. It may be unlawful for defendant(s), defense counsel, and any other person acting on behalf of the defendant(s) to use any information contained in the reports to locate or harass any victim(s) or the victim(s)'s family or to disclose any information that is otherwise privileged and confidential by law.

DISCOVERY REQUEST

Pursuant to Penal Code section 1054.5, subdivision (b), the People are hereby informally requesting that defense counsel provide discovery to the People as required by Penal Code section 1054.3.

I declare under penalty of perjury upon information and belief under the laws of the State of California that the foregoing is true and correct.

Dated: December 18, 2024                MICHAEL A. HESTRIN
                                        District Attorney

                                        By: Nicole Marian
                                        Deputy District Attorney

# Exhibit 2

06/11/2025    Case 5:25-cv-00629-KK-DTB   Document 31-1   Filed 06/11/25   Page 8 of 14   Page ID
              Superior Court of California, County of Riverside                 PAGE: 1
                                      #:193
                              www.riverside.courts.ca.gov

INM2407181: People vs VEM MILLER
Misdemeanor
Larson Justice Center - Department 2K
Status: Active

## PARTIES

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, COUNTY OF RIVERSIDE | **Represented By:** Elliott Max Goldberg |
| vs | |
| VEM MILLER | **Represented By:** PVT ANGELA FRIEDRICHS |

## CASE INFORMATION

| Custody Status | Case Status | Ordered Bail | Blood Alcohol Level |
|---|---|---|---|
| O.R. Release | Active | $0.00 | |

| Arrest Number | Arresting Agency | Arrest Date | Filing Date |
|---|---|---|---|
| C242860022 | Riverside County Sheriff's Department - (Riverside County) Indio | 10/12/2024 | 12/18/2024 |

| **Continuances** | 3 | **Age in Days** | 175 | **Last Day for Trial** | May 26 2025 |

**60-Day Waiver**    60-Day Waiver has not been taken.

## CHARGES

| Count | Type | Charge | Description | Severity | Plea | Status |
|---|---|---|---|---|---|---|
| | Arrest | PC 25850(C)(7) | Carry Loaded Firearm in Public Place | Misdemeanor | | |
| 001 | | PC 25850(C)(7) | Carry Loaded Firearm in Public Place | Misdemeanor | Not Guilty | Active |
| 002 | | VC 4000A1 | No Evidence Current Registration | Infraction | Not Guilty | Active |

## REGISTER OF ACTIONS

| Date | Action |
|---|---|
| 07/28/2025 | Pre-Trial Hearing at 10:30 AM in Department 2K |

06/11/2025     Case 5:25-cv-00629-KK-DTB     Document 31-1     Filed 06/11/25     Page 9 of 14     Page ID
               Superior Court of California, County of Riverside                   PAGE: 2
                                            #:194
                                www.riverside.courts.ca.gov

```
05/05/2025    Pre-Trial Hearing at 10:30 AM in Department 2K
              Honorable Sylwia Luttrell, Commissioner
              B. Gabbard, Courtroom Assistant
              Court Reporter: None
              APPEARANCES:
              People represented by Deputy District Attorney, Elliott Max Goldberg.
              Special appearance by Miguel Valente for Angela Friedrichs.
              Counsel/Parties stipulate the Judge Pro Tem/Commissioner, as indicated above, may
              hear this matter.
              Defense counsel appears for defendant pursuant to PC 977.
              Defense motion to continue pursuant to PC 1050 is granted. Motion to continue is
              not opposed by the People. Hearing continued to 07/28/25 at 10:30 AM in
              Department 2K. Pursuant to PC 1050(d), the court finds good cause has been shown
              to grant the continuance. Reason for continuance: Other .
              Defendant waives time for trial plus 45 days.
              Defendant ordered to return on any and all future hearing dates.
              - - Custody Status/Information - -
              Defendant remains released on their own recognizance (O.R.).


05/05/2025    Minute Order: Pre-Trial Hearing


05/05/2025    Request for Continuance Pursuant to PC 1050


03/11/2025    Pre-Trial Hearing at 10:30 AM in Department 2K
              Honorable Sylwia Luttrell, Commissioner
              A. Rodriguez, Courtroom Assistant
              Court Reporter: None
              APPEARANCES:
              Private Counsel PVT ANGELA FRIEDRICHS present in court, representing the
              defendant.
              Defense counsel appears for defendant pursuant to PC 977.
              Defense motion to continue pursuant to PC 1050 is granted. Motion to continue is
              not opposed by the People. Hearing continued to 05/05/25 at 10:30 AM in
              Department 2K. Pursuant to PC 1050(d), the court finds good cause has been shown
              to grant the continuance. Reason for continuance: Other .
              Defendant waives time for trial plus 45 days.
              The Court did not address the media request.
              Defendant ordered to return on any and all future hearing dates.
              - - Custody Status/Information - -
              Defendant remains released on their own recognizance (O.R.).


03/11/2025    Minute Order: Pre-Trial Hearing


03/11/2025    Request for Continuance Pursuant to PC 1050


03/05/2025    Media Request to Photograph, Record, or Broadcast submitted by


03/03/2025    Media Request to Photograph, Record, or Broadcast submitted by KABC


02/24/2025    Media Request to Photograph, Record, or Broadcast submitted by KESQ


01/03/2025    Protective Order: Law Enforcement Body Worn Camera Evidence filed.
```

| Date | Entry |
|---|---|
| 01/02/2025 | Order on Media Request to Permit Coverage submitted by NBC Palm Springs filed. Order Granted; Judge Dean Benjamini |
| 01/02/2025 | Proposed Order re: MEDIA REQ TO PHOTOGRAPH REC for hearing on 01/02/2025 submitted by NBC 36.1. |
| 01/02/2025 | Media Request to Photograph, Record, or Broadcast filed. |
| 01/02/2025 | Arraignment at 8:30 AM in Department 2K<br>Judicial Officer: None<br>Courtroom Assistant: None<br>Court Reporter: None<br>APPEARANCES:<br>No Appearances<br>Honorable Judge Dean Benjamini, Presiding<br>Courtroom Assistant: A. Rodriguez<br>Court reporter was not present for the following proceedings:<br>People represented by Deputy District Attorney: DDA Mallorie Jones.<br>Defendant represented by PVT Angela Friedrichs.<br>Defense counsel appears for Defendant pursuant to 977 PC.<br>Defendant's counsel waives formal arraignment.<br>Counsel stipulates to advisement of rights.<br>Pleads Not Guilty to all charges.<br>Discovery provided to defense counsel.<br>Defense counsel acknowledges receipt of discovery.<br>Pre Trial Hearing set for 03/11/2025 at 10:30 in Dept. 2K.<br>Defendant waives time for Trial plus 45 days.<br>Defendant ordered to return on any and all future hearing dates.<br>- - Custody Status/Information - -<br>Released on O.R.<br>Pre-trial Services notified that defendant was released or continued on O.R. [Blythe and Indio jurisdictions only] |
| 01/02/2025 | Legacy Minute Order: Arraignment |
| 01/02/2025 | Media Request to Photograph, Record, or Broadcast filed. |
| 12/18/2024 | Released on 10/12/24. Appearance date is 01/02/2025. |
| 12/18/2024 | Case Designation: Vertical. Case assigned to Dept. 2K |
| 12/18/2024 | Electronic - Complaint Filed. |
| 12/18/2024 | Electronic - Citation |
| 12/18/2024 | EFILE DA INTERFACE ENTRY |

# Exhibit 3

# THE SUPERIOR COURT OF CALIFORNIA
# COUNTY OF RIVERSIDE

## INM2407181

Filed Date: **12/18/2024**
Case Status: **Active**

## People vs VEM MILLER
**Misdemeanor**
**Indio - Department 2K**

Print Case Report

Case Summary    Case Summary

### Case Summary

#### CASE

| Filing Date | Violation Date | Case Caption | Case Status | Case Type |
|---|---|---|---|---|
| 12/18/2024 | 10/12/2024 | People vs VEM MILLER | Active | Misdemeanor |

| Arrest Agency | Arrest Date | Booking Number | Citation Number |
|---|---|---|---|
| Riverside County Sheriff's Department - (Riverside County) Indio | 10/12/2024 | | |

| Ordered Bail | Posted Bail |
|---|---|
| $0.00 - Bail not allowed | $0.00 |

#### COMPLAINTS/PETITIONS

| Filings | Represented By | Status | Dispositions |
|---|---|---|---|
| **People vs VEM MILLER** Misdemeanor Misdemeanor | | Active | |
| **Misdemeanor Complaint VEM MILLER** | | Filed: 12/18/2024 | |
| Petitioner: PEOPLE OF THE STATE OF CALIFORNIA | Elliott Max Goldberg | | |
| Defendant: VEM MILLER | PVT ANGELA FRIEDRICHS | | |

#### Charges

| Charge Information | Degree | BAC | Plea | Status | Severity |
|---|---|---|---|---|---|
| Misdemeanor Complaint VEM MILLER - filed on 12/18/2024 | | | | | |
| Arrest: 25850(C)(7) PC Carry Loaded Firearm in Public Place | | | | | Misdemeanor |
| Charge - Carry Loaded Firearm in Public Place"> Count 001: 25850(C)(7) PC Carry Loaded Firearm in Public Place (10/12/2024) | | | Not Guilty (01/02/2025) | Active | Misdemeanor |
| Charge - No Evidence Current Registration"> Count 002: 4000A1 VC No Evidence Current Registration (10/12/2024) | | | Not Guilty (01/02/2025) | Active | Infraction |

## ⌄ HEARINGS

| Date Time | Type | Judicial Officer | Location/Courtroom | Disposition |
|---|---|---|---|---|
| 01/02/2025 08:30 AM | Arraignment | | Department 2K | Continued |
| 03/11/2025 10:30 AM | Pre-Trial Hearing | Sylwia Luttrell | Department 2K | Continued |
| 05/05/2025 10:30 AM | Pre-Trial Hearing | Sylwia Luttrell | Department 2K | Continued |
| 07/28/2025 10:30 AM | Pre-Trial Hearing | Sylwia Luttrell | Department 2K | |

## ⌄ DOCUMENTS

Search

Document Download

| Status | Date | Description | Filed By | Confidential |
|---|---|---|---|---|
| Filed | 12/18/2024 | Electronic - Complaint Filed. | | |
| Filed | 12/18/2024 | Electronic - Citation | | |
| Filed | 01/02/2025 | Media Request to Photograph, Record, or Broadcast filed. | | |
| Generated | 01/02/2025 | Legacy Minute Order: Arraignment | | |
| Filed | 01/02/2025 | Proposed Order re: MEDIA REQ TO PHOTOGRAPH REC for hearing on 01/02/2025 submitted by NBC 36.1. | | |
| Filed | 01/02/2025 | Media Request to Photograph, Record, or Broadcast filed. | | |

| Status | Date | Description | Filed By | Confidential |
|---|---|---|---|---|
| Filed | 01/02/2025 | Order on Media Request to Permit Coverage submitted by NBC Palm Springs filed. Order Granted; Judge Dean Benjamini | | |
| Filed | 01/03/2025 | Protective Order: Law Enforcement Body Worn Camera Evidence filed. | | |
| Filed | 02/24/2025 | Media Request to Photograph, Record, or Broadcast submitted by KESQ | | |
| Filed | 03/03/2025 | Media Request to Photograph, Record, or Broadcast submitted by KABC | | |
| Filed | 03/05/2025 | Media Request to Photograph, Record, or Broadcast submitted by | | |
| Filed | 03/11/2025 | Request for Continuance Pursuant to PC 1050 | | |
| Generated | 03/11/2025 | Minute Order: Pre-Trial Hearing | | |
| Filed | 05/05/2025 | Request for Continuance Pursuant to PC 1050 | | |
| Generated | 05/05/2025 | Minute Order: Pre-Trial Hearing | | |

## CASE LEDGER

| | Amount | Paid | Balance |
|---|---|---|---|
| Fines and Fees Totals | $0.00 | $0.00 | $0.00 |
| Restitution Totals | $0.00 | $0.00 | $0.00 |

Amount due and balance are as of 01/21/2025

Go Back

Copyright © Journal Technologies, USA. All rights reserved.