**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VEM MILLER,<br><br>                Plaintiff,<br><br>v.<br><br>CHAD BIANCO, in his individual and official capacities; COUNTY OF RIVERSIDE, a municipal entity; and DOES 1 through 100,<br><br>                Defendants. | Case No.: 5:25-cv-00629 KK (DTB)<br><br>**[Proposed] Order Granting Defendants' Motion to Dismiss and Special Motion to Strike Plaintiff's First Amended Complaint**<br><br>Judge:    Hon. Kenly Kiya Kato<br>Courtroom:  3<br>Date:     July 31, 2025<br>Time:    9:30 a.m.<br><br>Complaint Filed:  March 10, 2025<br>Trial Date:       Not Yet Set |

On June 11, 2025, Defendants Chad Bianco and County of Riverside filed a Motion to Dismiss and Special Motion to Strike Plaintiff's First Amended Complaint. Defendants move to dismiss Plaintiff's first amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and move to strike Plaintiff's state-law causes of action pursuant to California's anti-SLAPP statute, Cal. Civ. Proc. Code § 425.16.

The Court, having considered Defendants' motion, and all of the papers in support thereof and in opposition thereto, and finding **GOOD CAUSE**, hereby **GRANTS** Defendants' motion and **FINDS** as follows:

1. Plaintiff's first, second, and third causes of action for violation of the First Amendment, municipal liability based on failure to train, and failure to intervene fail to state a claim upon which relief can be granted; and

2. Plaintiff's fourth, fifth, and sixth causes of action for slander, libel, and intentional infliction of emotional distress ("IIED") are subject to a motion to strike because they arise out of protected activity and Plaintiff cannot demonstrate a reasonable likelihood of prevailing on the merits of these claims because these causes of action are absolutely barred under the "official duty" and/or "litigation" privileges, *see* Cal. Civ. Code § 47(a) and (b).

Accordingly, the Court **ORDERS** as follows:

1. Defendants' motion to dismiss is **GRANTED**.

2. Plaintiff's first cause of action for violation of the First Amendment is dismissed for failure to state a claim without leave to amend.

3. Plaintiff's second cause of action for municipal liability based on failure to train is dismissed for failure to state a claim without leave to amend.

4. Plaintiff's third cause of action for failure to intervene is dismissed for failure to state a claim without leave to amend.

5. Defendants' anti-SLAPP motion to strike is **GRANTED**.

6. The Court strikes Plaintiff's fourth, fifth, and sixth causes of action for slander, libel, and IIED because Plaintiff cannot demonstrate a reasonable likelihood

of prevailing on the merits of these claims.

**IT IS SO ORDERED.**

DATED:

_____
HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE