ETHAN BEARMAN (CA SBN 327490)
ethan@thebearmanfirm.com
THE BEARMAN FIRM, INC.
9460 Wilshire Blvd, Suite 830
Beverly Hills, CA 90212
Phone: (747)232-7626

Attorney for Plaintiff
VEM MILLER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VEM MILLER,<br><br>Plaintiff,<br><br>vs.<br><br>CHAD BIANCO, in his individual and official capacities; COUNTY OF RIVERSIDE, a municipal entity; RIVERSIDE COUNTY SHERIFF'S DEPARTMENT; DAVID CORONADO; and DOES 1 through 100,<br><br>Defendants. | CASE NO.: 5:25-cv-00629-KK (DTBx)<br><br>**DECLARATION OF MICHAEL LUJAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS AND SPECIAL MOTION TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT** |

I, Michael Lujan, do hereby declare and state as follows::

1. I am citizen of the United States of America, over 18 years of age. Except where stated on information and belief, the facts contained in this declaration are based on my personal knowledge. If called upon to testify, I could and would competently do so.

2. My name is Captain Michael Lujan. I am an honorably retired captain with the Riverside County Sheriff's Department. My career encompassed 31 years of service with assignments in corrections, field operations, homicide and

administration, from October 6, 1989 to December 30, 2020. I am highly experienced in the procedures within the Sheriff's department, and therefore I am qualified to provide analysis on the topic of Vem Miller's arrest on October 12, 2024, followed by the false accusations of him being a "3rd Trump assassin", with "Fake Ids", "fake passports", "fake entry passes", etc.

3. When a critical or noteworthy arrest is made, a Notification of Incident (NOI) is written and forwarded up the chain of command to include the sheriff's executive staff, who would then brief the sheriff of any serious offense that would require a response or comment to the media. The NOI provides a brief description of the arrest and investigation. In a case as this, the sheriff would require a direct briefing from the executive staff and boots on the ground.

4. Per policy, the arresting deputy is required to author a report before going home. The report would be scanned and forwarded to Sheriff's Administration for reference to include all supporting documentation, records, photos, interview summary etc.

5. The arresting deputy and assisting deputies will then dock their body worn cameras which are automatically downloaded to the server. Supervisors and administrators have immediate access to the footage and can be reviewed remotely from any sheriff's station within the county.

6. Additionally, a verbal briefing with the arresting deputy and supervisor can be requested by the Sheriff to clarify any confusion. A briefing is typically conducted to avoid disseminating false information to the public. In this briefing, there would be a "briefing packet" that includes the suspects background, records check, criminal history, weapons, photos of suspect, weapons and vehicle. Furthermore, the sheriff has TFO's (Task Force Officers) assigned to federal agencies with access to the FBI's JTTF (Joint Terrorism Task Force) with federal databases to assist with the intelligence gathering, Social Media, dissemination of intelligence and briefing to the sheriff.

7. In the Miller case, a review of his social media and quick background check would have been done prior to a press release. This review would have been conducted by the JTTF federal partners or the Special Investigations Bureau (SIB) Intel Unit that included the TFO's and numerous crime analysts assigned to the SIB.

8. Furthermore, the Riverside County Sheriff's Department has the ability to verify the authenticity of ID documents through the FBI's JTTF.

9. I have personally witnessed and or participated in major incident briefings that follow the protocol listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

EXECUTED on July 2, 2025 in Los Angeles, California.

By: _____ (Jul 2, 2025 21:46 PDT)

Michael Lujan

# Declaration of Michael Lujan

Final Audit Report                                                                 2025-07-03

| | |
|---|---|
| Created: | 2025-07-03 |
| By: | Ethan Bearman (ethan@thebearmanfirm.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAwFf-ooxlnhiF0hvHWWj3eYe6T94yHcsV |

## "Declaration of Michael Lujan" History

📄 Document created by Ethan Bearman (ethan@thebearmanfirm.com)
2025-07-03 - 4:23:59 AM GMT- IP address: 75.54.194.246

✉️ Document emailed to Michael Lujan (███████@aol.com) for signature
2025-07-03 - 4:24:02 AM GMT

📄 Email viewed by Michael Lujan (███████@aol.com)
2025-07-03 - 4:27:20 AM GMT- IP address: 172.226.184.31

✍️ Document e-signed by Michael Lujan (███████@aol.com)
Signature Date: 2025-07-03 - 4:46:13 AM GMT - Time Source: server- IP address: 174.195.193.74

✅ Agreement completed.
2025-07-03 - 4:46:13 AM GMT

Adobe Acrobat Sign