1 ETHAN BEARMAN (CA SBN 327490)
ethan@thebearmanfirm.com
2 THE BEARMAN FIRM, INC.
9460 Wilshire Blvd, Suite 830
3 Beverly Hills, CA 90212
Phone: (747)232-7626
4
Attorney for Plaintiff
5 VEM MILLER

6

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| VEM MILLER,<br><br>  Plaintiff,<br><br>vs.<br><br>CHAD BIANCO, in his individual and official capacities; COUNTY OF RIVERSIDE, a municipal entity; and DOES 1 through 100,<br><br>  Defendants. | CASE NO.: 5:25-cv-00629-KK (DTBx)<br><br>**DECLARATION OF VEM MILLER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS AND SPECIAL MOTION TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Judge: Hon. Kenly Kiya Kato<br>Courtroom: 3<br>Date: July 31, 2025<br>Time: 9:30 a.m.<br><br>Complaint Filed: March 10, 2025<br>Trial Date: Not Yet Set |

DECLARATION OF VEM MILLER IN SUPPORT OF PLAINTIFF'S OPPOSITION

## DECLARATION OF VEM MILLER

I, VEM MILLER, declare as follows:

1. I am the plaintiff in this action and am competent to testify to the matters set forth herein. I have personal knowledge of all facts stated in this declaration, and if called as a witness, I could and would testify competently thereto.

2. Following Defendant Bianco's announcement of his gubernatorial campaign on February 17, 2025, his defamatory statements about me intensified and evolved into a sustained campaign strategy designed to use my character assassination as political capital.

3. I became what can only be described as a "campaign issue" for Bianco, with his apparatus continuously referencing the false assassination narrative to bolster his political credentials while simultaneously working to destroy my reputation and livelihood.

4. On April 12, 2025, during a recorded campaign event, Defendant Bianco continued his pattern of malicious defamation by making statements designed to maintain public perception that I pose a danger. Specifically, he stated regarding my presence at the Trump rally: "I don't know what he was there for," despite possessing overwhelming evidence of my legitimate political participation and media credentials.

5. This April 12, 2025 statement was particularly malicious because, by that time, Bianco possessed: (a) audio recordings of my voluntary firearm disclosure; (b) documentation of my legitimate Trump campaign credentials; (c) evidence of my extensive pro-Trump media content spanning over 1,000 episodes; and (d) federal agencies' determination that I posed no threat.

6. During this same April 12, 2025 event, Bianco continued his systematic character assassination by portraying me as the cause of the media attention, stating: "So the bottom line is, is this was media generated. And if you really want to get really deep into it, it was Vem Miller generated." This statement constitutes a

deliberate inversion of responsibility, as Bianco himself initiated the global media firestorm through his false "assassination" claims.

7. During an interview with Kim Yeater, Defendant Bianco escalated his personal attacks by characterizing me as a "cyberbully" and strategically referenced my divorce proceedings to paint me as a fundamentally bad person, thereby justifying his original false statements.

8. On the Britt Mayer Show on April 11, 2025, Defendant Bianco continued his character assassination by portraying me as someone who "does bad things" and then sues people, creating a narrative designed to discourage public sympathy and support.

9. Defendant Bianco's sustained defamatory campaign has resulted in near complete professional and personal isolation. I regularly encounter individuals who refuse opportunities or relationships because they want to see me "vindicated in court" first, or waiting until "your legal issues are resolved," effectively placing my entire life on hold pending litigation.

10. My life has become a campaign of proving that I am innocent and harmless so that doors could open again.

11. Not exposing Bianco's lies is simply going along with Bianco's character assassinations, which is essentially going along with the murder of my name and resigning myself to a range between mediocrity and nothingness for the rest of my life.

12. Perhaps most devastatingly, I have completely lost contact with my children as a direct result of Bianco's false statements. My ex-wife, who resides in the United Kingdom, has weaponized Bianco's assassination claims to prevent any contact between me and my children.

13. While I maintained contact with the children before these false accusations, once these false accusations became international news, all contact was severed.

14. I unfortunately went through a messy divorce in a foreign jurisdiction about 8 years ago. This divorce caused false information to be printed online.
15. Bianco and his supporters have propagandized this false information, particularly my ex-wife's claims, in order to justify the 3rd assassin hoax. Essentially, 'while he may have not been an assassin, his ex-wife says bad things about him, and therefore he deserved being called an assassin'.
16. Sadly, this is being broadcast to large audiences on Podcasts and Social Media.
17. Furthermore, the UK's cultural perspective on American gun ownership, combined with Bianco's false portrayal of me as either a would-be assassin or a "crazy American with guns," has created insurmountable barriers to maintaining parental relationships that will likely persist until my children reach adulthood.
18. While I understand that we will push for as much restitution as possible, how do I now surmount the cultural issues between the USA and the UK, where even though I was clearly falsely accused by Chad Bianco, I am still a "crazy American with guns", which is enough for their courts to use against me and prevent access to my American children?
19. In business and life, I am frequently told that I have "legal problems" that must be resolved before people will engage with me professionally or socially, problems that exist solely because of Bianco's malicious falsehoods.
20. This characterization has created a self-perpetuating cycle where I am punished for refusing to accept Bianco's earth shattering lies and am simultaneously penalized for challenging them through legal action.
21. Prior to this 3rd assassin hoax, our network was growing and we were working on aligning with other networks, and key individuals. Both the growth and the alignments were compromised due to the 3rd assassin hoax. Discussions cooled and I was told that the legal issues with Bianco had to resolve before such

# RESEND 2025.07.02 Declaration of Vem Miller ISO Oppn to MTD

Final Audit Report  2025-07-03

| | |
|---|---|
| Created: | 2025-07-03 |
| By: | Ethan Bearman (ethan@thebearmanfirm.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAh7cjnw-UlVnqSHFmK-cmwy2qClQJ3AJk |

## "RESEND 2025.07.02 Declaration of Vem Miller ISO Oppn to MTD" History

- Document created by Ethan Bearman (ethan@thebearmanfirm.com)
  2025-07-03 - 0:24:05 AM GMT- IP address: 75.54.194.246

- Document emailed to Vem Miller (vemmiller@protonmail.com) for signature
  2025-07-03 - 0:24:10 AM GMT

- Email viewed by Vem Miller (vemmiller@protonmail.com)
  2025-07-03 - 0:24:18 AM GMT- IP address: 185.159.157.24

- Document e-signed by Vem Miller (vemmiller@protonmail.com)
  Signature Date: 2025-07-03 - 0:52:24 AM GMT - Time Source: server- IP address: 174.67.149.12

- Agreement completed.
  2025-07-03 - 0:52:24 AM GMT

Adobe Acrobat Sign