**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VEM MILLER,<br><br>          Plaintiff,<br><br>     v.<br><br>CHAD BIANCO, in his individual and official capacities; COUNTY OF RIVERSIDE, a municipal entity; RIVERSIDE COUNTY SHERIFF'S DEPARTMENT; DAVID CORONADO; and DOES 1 through 100,<br><br>          Defendants. | Case No.:  5:25-cv-00629 KK (DTB)<br><br>[~~Proposed~~] **Order Granting Second Stipulation re: Defendants' Responsive Pleading to Plaintiffs' Second Amended Complaint** [42]<br><br>Judge:          Hon. Kenly Kiya Kato<br>Courtroom:   3 |

The Court, having considered the parties' Second Stipulation re: Defendants' Responsive Pleading to Plaintiffs' Second Amended Complaint, and finding **GOOD CAUSE** therefor, **ORDERS** as follows:

1. The stipulation is **GRANTED**.
2. The word limit with regard to Defendants' moving papers and Plaintiff's opposition brief is increased from 7,000 words to 10,000 words.

**IT IS SO ORDERED.**

DATED: October 2, 2025

HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE

[~~Proposed~~] Order Granting Second Stipulation re: Defendants' Responsive Pleading to SAC