Eugene P. Ramirez (State Bar No. 134865)
   *eugene.ramirez@manningkass.com*
Anthony J. Ellrod (State Bar No. 136574)
   *anthony.ellrod@manningkass.com*
Kayleigh Andersen (State Bar No. 306442)
   *kayleigh.andersen@manningkass.com*
Natalya D. Vasyuk (State Bar No. 307419)
   *natalya.vasyuk@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California  90017-3012
Telephone:   (213) 624-6900
Facsimile:   (213) 624-6999

*Attorneys for Defendants Chad Bianco and*
*County of Riverside*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VEM MILLER,<br><br>                                   Plaintiff,<br><br>            v.<br><br>CHAD BIANCO, in his individual and official capacities; COUNTY OF RIVERSIDE, a municipal entity; and DOES 1 through 100,<br><br>                                   Defendants. | Case No.:  5:25-cv-00629 KK (DTB)<br><br>**Declaration of Eugene P. Ramirez in Support of Defendants' Motion to Dismiss and Special Motion to Strike Plaintiff's Second Amended Complaint**<br><br>Judge:      Hon. Kenly Kiya Kato<br>Courtroom:  3<br>Date:       December 11, 2025<br>Time:       9:30 a.m.<br><br>Complaint Filed:   March 10, 2025<br>Trial Date:   Not Yet Set |

MANNING | KASS

I, Eugene P. Ramirez, declare as follows:

1.     I am an attorney with Manning & Kass, Ellrod, Ramirez, Trester LLP, counsel for Defendants Chad Bianco and County of Riverside in this action. I submit this declaration in support of Defendants' motion to dismiss and anti-SLAPP motion to strike Plaintiff's second amended complaint.

2.     The facts set forth in this declaration are based on my personal knowledge and documents maintained by Manning & Kass in the ordinary course of business. These facts and events are true, or believed by me to be true, and I would testify competently to them if called upon to do so.

3.     Defendants' motion is made following a telephonic conference of counsel pursuant to Civil L.R. 7-3, which took place on September 30, 2025. Yury A. Kolesnikov and I participated on behalf of Defendants and Ethan Bearman participated on behalf of Plaintiff. The conference lasted approximately 20 minutes. During the conference, the parties engaged in thorough discussion of their respective positions and legal arguments with regard to each cause of action and Defendants' anticipated motions. Despite their good-faith efforts, the parties were unable to reach any agreement, thus necessitating the filing of the present motions.

4.     Plaintiff's second amended complaint ("SAC") challenges a number of statements allegedly made by Sheriff Bianco at various events without providing the full context of those statements and by taking many the statements out of context. In evaluating the merits of Plaintiff's allegations, and in determining whether the anti-SLAPP statute applies, the Court is required to consider the full context of the challenged statements. In this case, Plaintiff's SAC quotes from and references five videos containing Sheriff Bianco's statements. Defendants are hereby manually lodging the full versions of the pertinent videos with the Court.

5.     **Exhibit A** is a true and correct copy of the video from the Riverside County Sheriff's Department's press conference dated October 13, 2024, obtained from https://www.youtube.com/watch?v=F1Uj2xaUBWs.

2

Declaration of Eugene P. Ramirez in Support of
Defendants' Motion to Dismiss and Anti-SLAPP Motion re: Plaintiff's SAC

6.      **Exhibit B** is a true and correct copy of the video containing Sheriff Bianco's interview with the Fox News on October 14, 2024, obtained from https://www.youtube.com/watch?v=Ff30o9N5N2Y.

7.      **Exhibit C** is a true and correct copy of the video containing Sheriff Bianco's interview with the News Nation on October 13, 2024, obtained from https://rumble.com/v5rqflb-dan-abrams-live-newsnation-bianco.html.

8.      **Exhibit D** is a true and correct copy of the video containing Sheriff Bianco's speech on April 12, 2025, obtained from https://rumble.com/v6s4373-sheriff-chad-bianco-for-california-governor-apr-12-2025.html.

9.      **Exhibit E** is a true and correct copy of the video containing Sheriff Bianco's appearance on The Britt Mayer Show on April 11, 2025, obtained from https://www.youtube.com/watch?v=pvaeZVfUicg.

10.     Plaintiff's SAC also references an audio recording of the incident from October 12, 2024.  *See* Dkt. No. 41 at ¶ 30.  **Exhibit F** is a true and correct copy of the audio recording referenced by Plaintiff in the SAC, obtained from https://drive.google.com/file/d/14RNILF2sbGvc2_SQRlxbqsbJ-Hw8RvhX.

11.     Attached as **Exhibit G** is a true and correct copy of the misdemeanor complaint filed in *People v. Vem Miller*, Case No. INM2407181 (Cal. Super. Ct., Cnty. of Riverside), on December 18, 2024.

12.     Attached as **Exhibit H** is a true and correct copy of the case report for *People v. Vem Miller*, Case No. INM2407181 (Cal. Super. Ct., Cnty. of Riverside), obtained from the Riverside Superior Court website at https://epublic-access.riverside.courts.ca.gov/public-portal, on October 3, 2025.

13.     Attached as **Exhibit I** is a true and correct copy of the case docket for *People v. Vem Miller*, Case No. INM2407181 (Cal. Super. Ct., Cnty. of Riverside), obtained from the Riverside Superior Court website at https://epublic-access.riverside.courts.ca.gov/public-portal, on October 3, 2025.

/ / /

3

1    I declare under penalty of perjury that the foregoing is true and correct.

2    Executed on October 10, 2025, in Los Angeles, California.

3    ___/s/ Eugene P. Ramirez____
      Eugene P. Ramirez

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Eugene P. Ramirez in Support of
Defendants' Motion to Dismiss and Anti-SLAPP Motion re: Plaintiff's SAC

# Exhibit A

**(Press Conference Video)**

**[LODGED MANUALLY]**

# Exhibit B

**(Fox News Video)**

# [LODGED MANUALLY]

# Exhibit C

**(News Nation Video)**

**[LODGED MANUALLY]**

# Exhibit D

**(4/12/25 Video)**

# [LODGED MANUALLY]

# Exhibit E

**(Mayer Video)**

# [LODGED MANUALLY]

# Exhibit F

**(Plaintiff's audio recording)**

**[LODGED MANUALLY]**

# Exhibit G

**CASH BOND**                                    AGENCY#: C242860022 / RSDC

RECOMMENDED

DEF#1 $5,000.00

DEF#1 Cite Release: 01/02/2025

## FILED

Superior Court of California
County of Riverside

MICHAEL A. HESTRIN

DISTRICT ATTORNEY

## 12/18/2024
CLAUDIA R CARRANZA

### SUPERIOR COURT OF CALIFORNIA

### COUNTY OF RIVERSIDE

## INM2407181

(Indio)

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, | CASE NO. |
| | MISDEMEANOR COMPLAINT |
| Plaintiff, | |
| v. | **Misdemeanor DEJ:** |
| | DEF#1 Eligible___ Not Eligible _X_ |
| VEM MILLER | |
| DOB: 10/26/1974 | |
| Defendant. | |

### COUNT 1

The undersigned, under penalty of perjury upon information and belief, declares: That the above named defendant(s) VEM MILLER committed a violation of Penal Code section 25850, subdivision (c)(7), a misdemeanor, in that on or about October 12, 2024, in the County of Riverside, State of California, the defendant(s) did willfully and unlawfully carry a loaded firearm on the person and in a vehicle while in a public place and on a public street in an incorporated city and in a prohibited area of unincorporated territory. [1yr.]

### COUNT 2

That the above named defendant(s) VEM MILLER committed a violation of Vehicle Code section 4000, subdivision (a)(1), an infraction, in that on or about October 12, 2024, in the County of Riverside, State of California, the defendant(s) did willfully, unlawfully and knowingly drive a motor vehicle upon a highway, said motor vehicle not being registered as required by this code.

MARSY'S LAW

Information contained in the reports being distributed as discovery in this case may contain confidential information protected by Marsy's Law and the amendments to the California Constitution, Article 1, Section 28. Any victim(s) in any above referenced charge(s) is entitled to be free from intimidation, harassment, and abuse. It may be unlawful for defendant(s), defense counsel, and any other person acting on behalf of the defendant(s) to use any information contained in the reports to locate or harass any victim(s) or the victim(s)'s family or to disclose any information that is otherwise privileged and confidential by law.

DISCOVERY REQUEST

Pursuant to Penal Code section 1054.5, subdivision (b), the People are hereby informally requesting that defense counsel provide discovery to the People as required by Penal Code section 1054.3.

I declare under penalty of perjury upon information and belief under the laws of the State of California that the foregoing is true and correct.

Dated: December 18, 2024                    MICHAEL A. HESTRIN
                                            District Attorney


                                            By: Nicole Marian
                                            Deputy District Attorney

# Exhibit H

10/03/2025

Superior Court of California, County of Riverside                    PAGE: 1

www.riverside.courts.ca.gov

INM2407181: People vs VEM MILLER
Misdemeanor
Larson Justice Center - Department 2K
Status: Active

## PARTIES

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, COUNTY OF RIVERSIDE | **Represented By:** |
| | Diana Elizabeth Serrano |
| vs | |
| VEM MILLER | **Represented By:** |
| | PVT ANGELA FRIEDRICHS |

## CASE INFORMATION

| Custody Status | Case Status | Ordered Bail | Blood Alcohol Level |
|---|---|---|---|
| O.R. Release | Active | $0.00 | |

| Arrest Number | Arresting Agency | Arrest Date | Filing Date |
|---|---|---|---|
| C242860022 | Riverside County Sheriff's Department - (Riverside County) Indio | 10/12/2024 | 12/18/2024 |

| **Continuances** | 5 | **Age in Days** | 289 | **Last Day for Trial** | May 26 2025 |
|---|---|---|---|---|---|

**60-Day Waiver**    60-Day Waiver has not been taken.

## CHARGES

| Count | Type | Charge | Description | Severity | Plea | Status |
|---|---|---|---|---|---|---|
| | Arrest | PC 25850(C)(7) | Carry Loaded Firearm in Public Place | Misdemeanor | | |
| 001 | | PC 25850(C)(7) | Carry Loaded Firearm in Public Place | Misdemeanor | Not Guilty | Active |
| 002 | | VC 4000A1 | No Evidence Current Registration | Infraction | Not Guilty | Active |

## REGISTER OF ACTIONS

| Date | Action |
|---|---|
| 10/17/2025 | Pre-Trial Hearing at 10:30 AM in Department 2K |

09/23/2025      Pre-Trial Hearing at 10:30 AM in Department 2K
                Honorable Sylwia Luttrell, Judge
                B. Gabbard, Courtroom Assistant
                Court Reporter: None
                APPEARANCES:
                People represented by Deputy District Attorney, Diana Elizabeth Serrano.
                Special appearance by Jessica Jimenez for Angela Friedrichs.
                Defense counsel appears for defendant pursuant to PC 977.
                Defense motion to continue pursuant to PC 1050 is granted. Motion to continue is
                not opposed by the People. Hearing continued to 10/17/25 at 10:30 AM in
                Department 2K. Pursuant to PC 1050(d), the court finds good cause has been shown
                to grant the continuance. Reason for continuance: Other .
                Defendant waives time for trial plus 45 days.
                Defendant ordered to return on any and all future hearing dates.
                - - Custody Status/Information - -
                Defendant remains released on their own recognizance (O.R.).


09/23/2025      Minute Order: Pre-Trial Hearing


09/23/2025      Request for Continuance Pursuant to PC 1050


07/28/2025      Pre-Trial Hearing at 10:30 AM in Department 2K
                Honorable Sylwia Luttrell, Commissioner
                B. Gabbard, Courtroom Assistant
                Court Reporter: None
                APPEARANCES:
                People represented by Deputy District Attorney, Mallorie Sianai Jones.
                Special appearance by Diana Serrano for Mallorie Jones.
                Special appearance by Forest Wilkerson for Angela Friedrichs.
                Counsel/Parties stipulate the Judge Pro Tem/Commissioner, as indicated above, may
                hear this matter.
                Defense counsel appears for defendant pursuant to PC 977.
                Defense motion to continue pursuant to PC 1050 is granted. Motion to continue is
                not opposed by the People. Hearing continued to 09/23/25 at 10:30 AM in
                Department 2K. Pursuant to PC 1050(d), the court finds good cause has been shown
                to grant the continuance. Reason for continuance: Other .
                Defendant waives time for trial plus 45 days.
                Defendant ordered to return on any and all future hearing dates.
                - - Custody Status/Information - -
                Defendant remains released on their own recognizance (O.R.).


07/28/2025      Minute Order: Pre-Trial Hearing


07/28/2025      Request for Continuance Pursuant to PC 1050

10/03/2025          Superior Court of California County of Riverside          PAGE: 3
                              www.riverside.courts.ca.gov
                    _____

05/05/2025     Pre-Trial Hearing at 10:30 AM in Department 2K
               Honorable Sylwia Luttrell, Commissioner
               B. Gabbard, Courtroom Assistant
               Court Reporter: None
               APPEARANCES:
               People represented by Deputy District Attorney, Elliott Max Goldberg.
               Special appearance by Miguel Valente for Angela Friedrichs.
               Counsel/Parties stipulate the Judge Pro Tem/Commissioner, as indicated above, may
               hear this matter.
               Defense counsel appears for defendant pursuant to PC 977.
               Defense motion to continue pursuant to PC 1050 is granted. Motion to continue is
               not opposed by the People. Hearing continued to 07/28/25 at 10:30 AM in
               Department 2K. Pursuant to PC 1050(d), the court finds good cause has been shown
               to grant the continuance. Reason for continuance: Other .
               Defendant waives time for trial plus 45 days.
               Defendant ordered to return on any and all future hearing dates.
               - - Custody Status/Information - -
               Defendant remains released on their own recognizance (O.R.).

05/05/2025     Minute Order: Pre-Trial Hearing

05/05/2025     Request for Continuance Pursuant to PC 1050

03/11/2025     Pre-Trial Hearing at 10:30 AM in Department 2K
               Honorable Sylwia Luttrell, Commissioner
               A. Rodriguez, Courtroom Assistant
               Court Reporter: None
               APPEARANCES:
               Private Counsel PVT ANGELA FRIEDRICHS present in court, representing the
               defendant.
               Defense counsel appears for defendant pursuant to PC 977.
               Defense motion to continue pursuant to PC 1050 is granted. Motion to continue is
               not opposed by the People. Hearing continued to 05/05/25 at 10:30 AM in
               Department 2K. Pursuant to PC 1050(d), the court finds good cause has been shown
               to grant the continuance. Reason for continuance: Other .
               Defendant waives time for trial plus 45 days.
               The Court did not address the media request.
               Defendant ordered to return on any and all future hearing dates.
               - - Custody Status/Information - -
               Defendant remains released on their own recognizance (O.R.).

03/11/2025     Minute Order: Pre-Trial Hearing

03/11/2025     Request for Continuance Pursuant to PC 1050

03/05/2025     Media Request to Photograph, Record, or Broadcast submitted by

03/03/2025     Media Request to Photograph, Record, or Broadcast submitted by KABC

02/24/2025     Media Request to Photograph, Record, or Broadcast submitted by KESQ

01/03/2025     Protective Order: Law Enforcement Body Worn Camera Evidence filed.

10/03/2025                Superior Court of California, County of Riverside                    PAGE: 4
                              www.riverside.courts.ca.gov

01/02/2025     Order on Media Request to Permit Coverage submitted by NBC Palm Springs filed.
               Order Granted; Judge Dean Benjamini

01/02/2025     Proposed Order re: MEDIA REQ TO PHOTOGRAPH REC for hearing on 01/02/2025
               submitted by NBC 36.1.

01/02/2025     Media Request to Photograph, Record, or Broadcast filed.

01/02/2025     Arraignment at 8:30 AM in Department 2K
               Judicial Officer: None
               Courtroom Assistant: None
               Court Reporter: None
               APPEARANCES:
               No Appearances
               Honorable Judge Dean Benjamini, Presiding
               Courtroom Assistant: A. Rodriguez
               Court reporter was not present for the following proceedings:
               People represented by Deputy District Attorney: DDA Mallorie Jones.
               Defendant represented by PVT Angela Friedrichs.
               Defense counsel appears for Defendant pursuant to 977 PC.
               Defendant's counsel waives formal arraignment.
               Counsel stipulates to advisement of rights.
               Pleads Not Guilty to all charges.
               Discovery provided to defense counsel.
               Defense counsel acknowledges receipt of discovery.
               Pre Trial Hearing set for 03/11/2025 at 10:30 in Dept. 2K.
               Defendant waives time for Trial plus 45 days.
               Defendant ordered to return on any and all future hearing dates.
               - - Custody Status/Information - -
               Released on O.R.
               Pre-trial Services notified that defendant was released or continued on O.R.
               [Blythe and Indio jurisdictions only]

01/02/2025     Legacy Minute Order: Arraignment

01/02/2025     Media Request to Photograph, Record, or Broadcast filed.

12/18/2024     Released on 10/12/24. Appearance date is 01/02/2025.

12/18/2024     Case Designation: Vertical. Case assigned to Dept. 2K

12/18/2024     Electronic - Complaint Filed.

12/18/2024     Electronic - Citation

12/18/2024     EFILE DA INTERFACE ENTRY

# Exhibit I

# THE SUPERIOR COURT OF CALIFORNIA
## COUNTY OF RIVERSIDE

## INM2407181
Filed Date: **12/18/2024**
Case Status: **Active**

### People vs VEM MILLER
**Misdemeanor**
**Indio - Department 2K**

Print Case Report

| Case Summary | Case Summary |
|---|---|

## Case Summary

### ⌄ CASE

| Filing Date | Violation Date | Case Caption | Case Status | Case Type |
|---|---|---|---|---|
| 12/18/2024 | 10/12/2024 | People vs VEM MILLER | Active | Misdemeanor |

| Arrest Agency | Arrest Date | Booking Number | Citation Number | |
|---|---|---|---|---|
| Riverside County Sheriff's Department - (Riverside County) Indio | 10/12/2024 | | | |

| Ordered Bail | Posted Bail |
|---|---|
| $0.00 - Bail not allowed | $0.00 |

### ⌄ COMPLAINTS/PETITIONS

| Filings | Represented By | Status | Dispositions |
|---|---|---|---|
| **People vs VEM MILLER** Misdemeanor Misdemeanor | | Active | |
| **Misdemeanor Complaint VEM MILLER** | | Filed: 12/18/2024 | |
| Petitioner: PEOPLE OF THE STATE OF CALIFORNIA | Diana Elizabeth Serrano | | |
| Defendant: VEM MILLER | PVT ANGELA FRIEDRICHS | | |

### ⌄ Charges

| Charge Information | Degree | BAC | Plea | Status | Severity |
|---|---|---|---|---|---|
| Misdemeanor Complaint VEM MILLER - filed on 12/18/2024 | | | | | |
| Arrest: 25850(C)(7) PC Carry Loaded Firearm in Public Place | | | | | Misdemeanor |
| Charge - Carry Loaded Firearm in Public Place"> Count 001: 25850(C)(7) PC Carry Loaded Firearm in Public Place (10/12/2024) | | | Not Guilty (01/02/2025) | Active | Misdemeanor |
| Charge - No Evidence Current Registration"> Count 002: 4000A1 VC No Evidence Current Registration (10/12/2024) | | | Not Guilty (01/02/2025) | Active | Infraction |

## ⌄ HEARINGS

| Date Time | Type | Judicial Officer | Location/Courtroom | Disposition |
|---|---|---|---|---|
| 01/02/2025 08:30 AM | Arraignment | | Department 2K | Continued |
| 03/11/2025 10:30 AM | Pre-Trial Hearing | Sylwia Luttrell | Department 2K | Continued |
| 05/05/2025 10:30 AM | Pre-Trial Hearing | Sylwia Luttrell | Department 2K | Continued |
| 07/28/2025 10:30 AM | Pre-Trial Hearing | Sylwia Luttrell | Department 2K | Continued |
| 09/23/2025 10:30 AM | Pre-Trial Hearing | | Department 2K | Continued |
| 10/17/2025 10:30 AM | Pre-Trial Hearing | Sylwia Luttrell | Department 2K | |

## ⌄ DOCUMENTS

Search

Document Download

| Status | Date | Description | Filed By | Confidential |
|---|---|---|---|---|
| Filed | 12/18/2024 | Electronic - Complaint Filed. | | |
| Filed | 12/18/2024 | Electronic - Citation | | |
| Filed | 01/02/2025 | Media Request to Photograph, Record, or Broadcast filed. | | |
| Generated | 01/02/2025 | Legacy Minute Order: Arraignment | | |

| Status | Date | Description | Filed By | Confidential |
|---|---|---|---|---|
| Filed | 01/02/2025 | Proposed Order re: MEDIA REQ TO PHOTOGRAPH REC for hearing on 01/02/2025 submitted by NBC 36.1. | | |
| Filed | 01/02/2025 | Media Request to Photograph, Record, or Broadcast filed. | | |
| Filed | 01/02/2025 | Order on Media Request to Permit Coverage submitted by NBC Palm Springs filed. Order Granted; Judge Dean Benjamini | | |
| Filed | 01/03/2025 | Protective Order: Law Enforcement Body Worn Camera Evidence filed. | | |
| Filed | 02/24/2025 | Media Request to Photograph, Record, or Broadcast submitted by KESQ | | |
| Filed | 03/03/2025 | Media Request to Photograph, Record, or Broadcast submitted by KABC | | |
| Filed | 03/05/2025 | Media Request to Photograph, Record, or Broadcast submitted by | | |
| Filed | 03/11/2025 | Request for Continuance Pursuant to PC 1050 | | |
| Generated | 03/11/2025 | Minute Order: Pre-Trial Hearing | | |
| Filed | 05/05/2025 | Request for Continuance Pursuant to PC 1050 | | |
| Generated | 05/05/2025 | Minute Order: Pre-Trial Hearing | | |
| Filed | 07/28/2025 | Request for Continuance Pursuant to PC 1050 | | |
| Generated | 07/28/2025 | Minute Order: Pre-Trial Hearing | | |
| Filed | 09/23/2025 | Request for Continuance Pursuant to PC 1050 | | |
| Generated | 09/23/2025 | Minute Order: Pre-Trial Hearing | | |

## ⌄ CASE LEDGER

| | Amount | Paid | Balance |
|---|---|---|---|
| Fines and Fees Totals | $0.00 | $0.00 | $0.00 |
| Restitution Totals | $0.00 | $0.00 | $0.00 |

Amount due and balance are as of 01/21/2025

Go Back

Copyright © Journal Technologies, USA. All rights reserved.

MANNING | KASS

1    <u>**PROOF OF SERVICE**</u>

2    **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3          At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My
4    business address is 801 S. Figueroa St, 15th Floor, Los Angeles, CA 90017-3012.

5          On October 10, 2025, I served true copies of the following document(s) **Declaration of Eugene P. Ramirez in Support of Defendants' Motion to
6    Dismiss and Special Motion to Strike Plaintiff's Second Amended Complaint** described as  on the interested parties in this action as follows:

7
     Ethan Bearman, Esq.
8    THE BEARMAN FIRM, INC.
     9460 Wilshire Blvd., Suite. 830
9    Beverly Hills, CA 90212
     Phone: (747)232-7626
10   Direct Phone Line: (747)202-1433
     Email: ethan@thebearmanfirm.com
11   miranda@thebearmanfirm.com
     nigelle@thebearmanfirm.com
12
     Attorney for Plaintiff. VEM MILLER
13
14         **BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address carmen.hawkins@manningkass.com
15   to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other
     indication that the transmission was unsuccessful.
16
17         I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office
18   of a member of the bar of this Court at whose direction the service was made.

     Executed on October 10, 2025, at Los Angeles, California.
19

20

21                                                    _____
22                                                    Carmen Hawkins

23

24

25

26

27

28