Eugene P. Ramirez (State Bar No. 134865)
  *eugene.ramirez@manningkass.com*
Anthony J. Ellrod (State Bar No. 136574)
  *anthony.ellrod@manningkass.com*
Kayleigh Andersen (State Bar No. 306442)
  *kayleigh.andersen@manningkass.com*
Natalya D. Vasyuk (State Bar No. 307419)
  *natalya.vasyuk@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California  90017-3012
Telephone:  (213) 624-6900
Facsimile:   (213) 624-6999

*Attorneys for Defendants Chad Bianco and County of Riverside*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VEM MILLER,<br><br>                               Plaintiff,<br><br>v.<br><br>CHAD BIANCO, in his individual and official capacities; COUNTY OF RIVERSIDE, a municipal entity; and DOES 1 through 100,<br><br>                               Defendants. | Case No.:  5:25-cv-00629 KK (DTB)<br><br>**Notice of Manual Lodging of Exhibits in Support of Defendants' Motion to Dismiss and Special Motion to Strike Plaintiff's Second Amended Complaint**<br><br>Judge:       Hon. Kenly Kiya Kato<br>Courtroom:  3<br>Date:         December 11, 2025<br>Time:         9:30 a.m.<br><br>Complaint Filed:  March 10, 2025<br>Trial Date:          Not Yet Set |

**TO THE COURT, PLAINTIFF, AND COUNSEL OF RECORD:**

In accordance with C.D. Cal. Local Rules 5-4.2(b)(1) and 11-5.1, Defendants Chad Bianco and County of Riverside hereby provide notice that the following non-paper exhibits in support of Defendants' motion to dismiss and anti-SLAPP special motion to strike will be lodged manually with the Court via a USB drive:

1. **Exhibit A**, which is a true and correct copy of the video from the Riverside County Sheriff's Department's press conference dated October 13, 2024, obtained from https://www.youtube.com/watch?v=F1Uj2xaUBWs.

2. **Exhibit B**, which is a true and correct copy of the video containing Sheriff Bianco's interview with the Fox News on October 14, 2024, obtained from https://www.youtube.com/watch?v=Ff30o9N5N2Y.

3. **Exhibit C**, which is a true and correct copy of the video containing Sheriff Bianco's interview with the News Nation on October 13, 2024, obtained from https://rumble.com/v5rqflb-dan-abrams-live-newsnation-bianco.html.

4. **Exhibit D**, which is a true and correct copy of the video containing Sheriff Bianco's speech on April 12, 2025, obtained from https://rumble.com/v6s4373-sheriff-chad-bianco-for-california-governor-apr-12-2025.html.

5. **Exhibit E**, which is a true and correct copy of the video containing Sheriff Bianco's appearance on The Britt Mayer Show on April 11, 2025, obtained from https://www.youtube.com/watch?v=pvaeZVfUicg.

6. **Exhibit F**, which is a true and correct copy of the audio recording referenced by Plaintiff in second amended complaint (Dkt. No. 41 at ¶ 30), obtained from https://drive.google.com/file/d/14RNILF2sBGvc2_SQRlxbqsbJ-Hw8RvhX.

Notice of Manual Lodging of Exhibits in Support of
Defendants' Motion to Dismiss and Anti-SLAPP Motion re: Plaintiff's SAC

DATED: October 10, 2025

Respectfully submitted,

**MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP**

By: _____/s/ Eugene P. Ramirez_____
Eugene P. Ramirez
Anthony J. Ellrod
Kayleigh Andersen
Natalya D. Vasyuk

*Attorneys for Defendants Chad Bianco and County of Riverside*

Notice of Manual Lodging of Exhibits in Support of
Defendants' Motion to Dismiss and Anti-SLAPP Motion re: Plaintiff's SAC

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 801 S. Figueroa St, 15th Floor, Los Angeles, CA 90017-3012.

On October 10, 2025, I served true copies of the following document(s) **Notice of Manual Lodging of Exhibits in Support of Defendants' Motion to Dismiss and Special Motion to Strike Plaintiff's Second Amended Complaint** described as on the interested parties in this action as follows:

Ethan Bearman, Esq.
THE BEARMAN FIRM, INC.
9460 Wilshire Blvd., Suite. 830
Beverly Hills, CA 90212
Phone: (747)232-7626
Direct Phone Line: (747)202-1433
Email: ethan@thebearmanfirm.com
miranda@thebearmanfirm.com
nigelle@thebearmanfirm.com

Attorney for Plaintiff, VEM MILLER

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address carmen.hawkins@manningkass.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 10, 2025, at Los Angeles, California.

*Carmen Hawkins*

Carmen Hawkins